UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60916-CIV-ZLOCH

NURSE FINDERS, INC.

    Plaintiff,

vs.

**TEMPORARY RESTRAINING ORDER AND
ORDER SETTING EVIDENTIARY HEARING**

ACROSS AMERICA MED STAFFING,
INC., PHYLLIS FOSTER, DARLAMAE
SHANNON, JACKIE MATTANA, ROBBI
DUNHAM, and JOYCE LYTTGE,

    Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Nurse Finders, Inc.'s Ex Parte Emergency Motion For Temporary Restraining Order (DE 6) and Plaintiff Nurse Finders, Inc.'s Motion For Preliminary Injunction (DE 2). The Court has carefully considered the Complaint, the aforementioned Motions, the Affidavits, and other written submissions of Plaintiff and is otherwise fully advised in the premises. Additionally, an _ex_ _parte_ hearing was held before the Court on July 2, 2007.

    **THE COURT HEREBY FINDS AS FOLLOWS:**

    1. This is a diversity action alleging that (1) Defendants have engaged in the misappropriation of certain trade secrets from the Plaintiff, including Plaintiff's client lists, employee information, and other strategic information (hereinafter collectively referred to as "trade secrets"). This was done through the use of current and former employees of the Plaintiff who disseminated the trade secrets to Plaintiff's competitor;

2. Plaintiff seeks a temporary restraining order to, <u>inter alia</u>, prevent Defendants from contacting clients on the Plaintiff's client list, to prevent Defendants from doing business with or contacting any of the temporary employees ("travelers") on Plaintiff's list; to prevent the individual Defendants Darlamae Shannon, Jackie Mattina, and Joyce Lyttge who are current or former employees of Plaintiff from further violating the confidentiality and non-competition agreements they entered into with Plaintiff; and to prevent all of the Defendants from destroying, modifying, or otherwise disposing of computer hardware or data that does or may contain Plaintiff's trade secrets.

3. That the individual Defendants Darlamae Shannon, Jackie Mattina, and Joyce Lyttge are current or former employees of Plaintiff and have signed non-competition and confidentiality agreements as part of their employment.

4. That Plaintiff has an Affidavit of a current employee, Jackie Mattins, who is also named as a Defendant and worked with the other Defendants to procure and distribute the aforementioned trade secrets to Plaintiff's competition.

5. There is a substantial likelihood that Plaintiff will succeed in showing that the aforementioned Defendants have violated their non-competition and confidentiality agreements, and that through said violations the Defendants have procured and distributed certain trade secrets of Plaintiff.

6. Immediate and irreparable injury will result to Plaintiff

if this Temporary Restraining Order is not entered.

7. The harm to Plaintiff of denying its request for a temporary restraining order outweighs any possible harm to Defendants that would be inflicted by the granting of such relief.

8. The public interest will not be disserved by the granting of the Temporary Restraining Order.

9. That Plaintiff has presented sufficient evidence that Defendants have engaged in unauthorized use and will continue to engage in unauthorized use of Plaintiff's trade secrets.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 65 and pending the hearing and determination of Plaintiff Nurse Finders, Inc.'s Motion For Preliminary Injunction (DE 2), Defendants, their employees, agents, successors and assignees, and all those in active concert or participation with any of them, who receive actual notice of this Temporary Restraining Order by personal service or otherwise, shall be and hereby are temporarily enjoined and restrained from:

1. Making further contact and doing business, directly or indirectly, with any of the clients on Nurse finders' client list who are not already clients of Defendant Across America Med Staffing, Inc.;

2. Making further contact and doing business, directly or indirectly, with any of the temporary employees ("travelers") on

Nursefinders' list who are not already employed with Defendant Across America Med Staffing, Inc.;

3. The individual Defendants Darlamae Shannon, Jackie Mattina, and Joyce Lyttge, are prohibited from further violating the confidentiality and non-competition agreements they entered into with Plaintiff;

4. Defendants are collectively and individually prohibited from deleting, destroying, modifying, or otherwise disposing of any computer hardware or data which does or may contain Plaintiff's trade secrets and other confidential information, including but not limited to client lists, lists of current, former, or potential employees, that pertain to and were derived from Plaintiff or its agents.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Nurse Finders, Inc.'s Motion For Preliminary Injunction (DE 2), be and the same is hereby **SET** for an evidentiary hearing before this Court on <u>Monday, July 16, 2007</u>, at 10:30 a.m., or as soon thereafter as counsel can be heard, in the United States District Court for the Southern District of Florida, before the Honorable William J. Zloch, in Courtroom A of the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Each side shall have sixty (60) minutes to present its testimony and other evidence in support of or in opposition to said Motion.

**IT IS FURTHER ORDERED AND ADJUDGED** that on or before <u>July 6,</u>

2007, Plaintiff shall personally serve a copy of this Order, along with copies of the Ex Parte Emergency Motion For Temporary Restraining Order (DE 6) and Plaintiff Nurse Finders, Inc.'s Motion For Preliminary Injunction (DE 2), on Defendants, and file a Return of Service with the Clerk of this Court reflecting the same. On or before noon July 10, 2007, Defendants shall file with the Clerk of this Court, and serve upon Plaintiff's counsel, opposing papers, if any. On or before noon July 12, 2007, Plaintiff shall file a Reply Memorandum, if any.

**IT IS FURTHER ORDERED AND ADJUDGED** that failure by Defendants to appear at the aforementioned evidentiary hearing may result in the imposition of a preliminary injunction.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order shall remain in full force and effect until the date of the hearing set forth above, or such further dates as set forth by Order of the Court, unless Defendants stipulate, or do not object, to the entry of a preliminary injunction.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of July, 2007, at 2:17 p.m.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record