UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60916-CIV-ZLOCH

NURSEFINDERS, INC.,

    Plaintiff,

vs.                                  **FINAL ORDER OF DISMISSAL AS TO DEFENDANTS JACKIE MATTINA AND JOYCE LYTTGE ONLY**

ACROSS AMERICA MED STAFFING, INC., et al.,

    Defendants.

_____/

    THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal Without Prejudice As To Jackie Mattina And Joyce Lyttge (DE 45), filed herein by Plaintiff, Nursefinders, Inc. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Notice Of Voluntary Dismissal Without Prejudice As To Jackie Mattina And Joyce Lyttge (DE 45) filed herein by Plaintiff, Nursefinders, Inc., be and the same is hereby approved, adopted and ratified by the Court; and

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice as to Defendants Jackie Mattina and Joyce Lyttge only.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___6th___ day of September, 2007.

                                                          WILLIAM J. ZLOCH
                                                          United States District Judge

Copies furnished:
All Counsel of Record